IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEFFREY LAGRANDEUR,**

    *Plaintiff*,

v.                                              Case No.: 4:21cv294-MW/MAF

**LT. J. STOKES, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. Plaintiff's *in forma pauperis* motion, ECF No. 6, and his prior consent form, ECF No. 2, are **DENIED**. Plaintiff must pay the filing fee on or before October 12, 2021. This case is **REMANDED** to the Magistrate Judge for further

proceedings consistent with this Order.

**SO ORDERED on September 9, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
