IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY LAGRANDEUR,
DOC # M76235

    *Plaintiff*,

v.                                                         Case No.: 4:21cv294-MW/MAF

LT. J. STOKES, et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

SO ORDERED on January 18, 2022.

                                                                   s/Mark E. Walker
                                                                     **Chief United States District Judge**

2